# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

REGIONS BANK AND REGIONS
COMMERCIAL EQUIPMENT
FINANCE, LLC

VERSUS

MICHAEL EYMARD, RAIMY
EYMARD, LOUIS EYMARD, II,
AND OFFSHORE MARINE
CONTRACTORS, INC., AND AVIS
J. BOURG, JR.

CONSOLIDATED WITH

AVIS J. BOURG, JR.

VERSUS

MICHAEL EYMARD, LOUIS J.
EYMARD AND RAIMY D. EYMARD

NO.   2019 CW 1634

MAR 13 2020

---

In Re:   Avis J. Bourg, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 131524 c/w 131426.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT